# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CROWS LANDING SMOKE SHOP, INC., et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01454-JLT-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 4, 5) |

Plaintiff GS Holistic, LLC ("Plaintiff") initiated this action on November 9, 2022. The initial scheduling conference is currently set for February 14, 2023. (ECF No. 3.) On January 24, 2023, the Court ordered Plaintiff to file a status report on service and readiness for the scheduling conference. (ECF No. 4.) On January 30, 2023, Plaintiff filed a status report indicating it sent the case for service of process for Defendants that same day. (ECF No. 5.) Though Plaintiff did not address the Court's order regarding readiness for a scheduling conference, the Court shall continue the conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for February 14, 2023, is CONTINUED to **March 23, 2023**, at **10:00 a.m.** in **Courtroom 9**; and

///

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**January 31, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE