# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CROWS LANDING SMOKE SHOP, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-01454-JLT-SAB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY AND CONTINUING MANDATORY SCHEDULING CONFERENCE TO APRIL 6, 2023<br><br>(ECF No. 6)<br><br>**DEADLINE: MARCH 22, 2023** |

Plaintiff GS Holistic, LLC initiated this action on November 9, 2022. (ECF No. 1.) The mandatory scheduling conference was initially set for February 14, 2023. (ECF No. 3.) On January 24, 2023, the Court issued an order requiring Plaintiff to file a status report on service and readiness for the scheduling conference. (ECF No. 4.) Following submission of Plaintiff's response, the Court continued the scheduling conference to March 23, 2023. (ECF No. 6.) The parties were remined they must file a joint scheduling report no later than seven days prior to the conference, that is, by March 16, 2023. (Id.) The parties did not, however, file a joint report on March 16, 2023; instead, Plaintiff filed a motion to strike all affirmative defenses in the answer.[1] (ECF No. 10.)

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules

---

[1] Defendant answered the complaint on February 23, 2023. (ECF No. 9.)

1

or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles Cnty.</u>, 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall therefore require the parties to show cause in writing why sanctions should not issue for the failure to file a joint scheduling report in compliance with the Court's January 31, 2023 order. (ECF No. 6.) Further, the Court shall continue the hearing on the initial scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than March 22, 2023**, why **sanctions, including monetary sanctions or dismissal,** should not issue for the failure to file a joint scheduling report as required by the Court's January 31, 2023 order;

2. The initial scheduling conference is CONTINUED to **April 6, 2023** at **10:30 a.m.**, **in Courtroom 9**;

3. The parties shall file a joint scheduling report at least **seven (7) days** prior to the scheduling conference; and

4. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **March 17, 2023**

UNITED STATES MAGISTRATE JUDGE

2